**Order filed September 26, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00672-CV
_____

**HOUSTON METRO ORTHO AND SPINE SURGERY CENTER, LLC,**
**Appellant**

**V.**

**RICHARD FRANCIS, M.D., SPINAL TECHNOLOGIES, LLC,**
**NORTHSTAR HEALTHCARE ACQUISITIONS, LLC, JUANSRICH**
**LTD., AND JUANSRICH MANAGEMENT, LLC, Appellees**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-24460**

## ABATEMENT ORDER

On August 12, 2016, the trial court signed an Amended Order that: (1) granted Defendant Northstar Healthcare Acquisitions, LLC's Motion for Summary Judgment, and (2) granted Plaintiff-Appellant Houston Metro Ortho and Spine Surgery Center, LLC permission to appeal that summary judgment.

Also on August 12, 2016, Appellant filed its Eighth Amended Petition in the trial court, which omitted Northstar Healthcare Acquisitions, LLC (Northstar) as a defendant and omitted Appellant's previously pled claim against Northstar for tortious interference against which the trial court granted summary judgment.

On August 29, 2015, Appellant, pursuant to section 51.014(f) of the Civil Practices and Remedies Code, filed with our court a petition for permission to appeal the Amended Order.

On September 6, 2016, Appellees Richard Francis, M.D., Spinal Technologies, L.L.C., Juansrich Ltd. and Juansrich Management, LLC filed a motion to dismiss Appellant's petition for permission to appeal for mootness, arguing that Northstar was no longer a party as a result of the filing of the Eighth Amended Petition. Northstar joined the motion to dismiss.

Also on September 6, 2016, Appellant filed in the trial court a Ninth Amended Petition that re-alleges its claim for tortious interference against Northstar.

Northstar indicates it has filed in the trial court a motion to strike the Ninth Amended Petition that re-alleges the tortious interference claim against Northstar. We request the trial court to rule on the motion to strike the Ninth Amended Petition. We abate this case until after the trial court's ruling on Northstar's motion. The prevailing party on the motion should provide this court with the trial court's order.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.